# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-7047**                                         September Term, 2006

05cv01949

Filed On:

David McKee,
      Appellant

v.

District of Columbia and Tomson, Ms. Law Library Clerk, D.C. Jail,
      Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED NOV 2 9 2006

CLERK

## ORDER

By order filed September 11, 2006, appellant was directed to pay the $255.00 docketing and filing fee by October 11, 2006. To date, appellant has not complied with the Court's September 11, 2006 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 30 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/ Linda Jones
Linda Jones
Deputy Clerk

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 1/5/07
BY: [signature] Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

A True copy:

United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk